**THE HONORABLE MARY JO HESTON**
**CHAPTER 13**
**HEARING DATE: October 22, 2019**
**HEARING TIME: 1:00 P.M.**
**LOCATION: Tacoma, Washington**
**RESPONSE DATE: October 15, 2019**

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re: | Case No.: 19-42719-MJH |
| ORLAND WAYNE HARDIE III and STACY LEIGH HELMER-HARDIE, | TRUSTEE'S OBJECTION TO CONFIRMATION WITH STRICT COMPLIANCE |
| Debtors. | |

**COMES NOW**, Michael G. Malaier, Chapter 13 Standing Trustee, and objects to confirmation as follows:

## **BACKGROUND**

Debtors filed this Chapter 13 case on August 23, 2019. The applicable commitment period is sixty months. The case is currently in the second month and the Meeting of Creditors has been completed. The bar date for filing non-governmental claims is November 1, 2019. Scheduled unsecured claims total $55,100.07. The Trustee estimates that under the proposed plan general unsecured creditors will receive approximately $0.00.

TRUSTEE'S OBJECTION TO CONFIRMATION
WITH STRICT COMPLIANCE - 1

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

# OBJECTION

☒ Plan is not feasible:

Debtors have not starting making plan payments. *See* attached Declaration. Before confirmation, a debtor must demonstrate that "the debtor will be able to make all payments under the plan." 11 U.S.C. § 1325(a)(6). Debtors' lack of plan payments demonstrates that Debtors' lack the ability to make the required payments under the plan.

☒ Schedules or other documentation insufficient:

(1) Debtor has not yet provided Trustee with copies of their bank statements covering the date of filing pursuant to Fed. R. Bankr. P. 4002. Specifically, for the checking and savings accounts held at Alaska. Credit Union, Denali Credit Union, and IBEW Credit Union. Confirmation should be denied until such time as Debtor has complied with this requirement.

(2) Trustee has requested, but not yet received, a copy of Mr. Hardie's domestic support order.

(3) Trustee has requested, but not yet received, evidence of the cash surrender value of Debtors' whole life insurance policy.

**WHEREFORE**, Trustee requests that the objection to confirmation be sustained and debtors be ordered to file a motion to confirm a plan resolving the issues raised herein within 14 days of entry of the Order Sustaining Trustee's Objection to Confirmation; and to set the hearing on the next available motion calendar after the 14 days expires. If the Motion to Confirm resolving the Trustee's issues is not filed and set for hearing as outlined above, the Trustee requests he be allowed to enter an order dismissing the case, *ex parte*, without notice.

**DATED** this 4th day of October, 2019.

/s/ Mathew S. LaCroix
Mathew S. LaCroix, WSBA# 41847 for
Michael G. Malaier, Chapter 13 Trustee

TRUSTEE'S OBJECTION TO CONFIRMATION
WITH STRICT COMPLIANCE - 2

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

## CERTIFICATE OF MAILING

I certify under penalty of perjury under the laws of the United States I caused to be mailed via first class mail a true and correct copy of Trustee's Objection to Confirmation and Declaration to the following:

Orland Wayne Hardie, III
Stacy leigh Helmer-Hardie
21515 – 82nd Ave. Ct. E.
Spanaway, WA 98387

The following parties received notice via ECF:

Ellen Ann Brown
U.S. Trustee

Executed at Tacoma, Washington this 7th day of October, 2019.

/s/ Tracy Maher
Tracy Maher
Motion Coordinator for
Chapter 13 Trustee

TRUSTEE'S OBJECTION TO CONFIRMATION
WITH STRICT COMPLIANCE - 3

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600