# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON (TACOMA)

| | | |
|---|---|---|
| In re: | § | Chapter 13 |
| | § | |
| Orland Wayne Hardie, III and Stacy Leigh Helmer-Hardie, | § § | Case No. 19-42719-MJH |
| | § | |
| Debtors. | § § | |

## OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

Planet Home Lending, LLC (the "Creditor"), submits this objection to the Chapter 13 Plan proposed by Debtors, Orland Wayne Hardie, III and Stacy Leigh Helmer-Hardie (the "Debtors").

1. Debtors filed a petition for relief under Chapter 13 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") on August 23, 2019. *See* Docket No. 1.

2. On October 3, 2017, Debtors borrowed the sum of $392,705.00 from Axia Financial, LLC (the "Original Creditor") pursuant to a Note (the "Note"). *See* **Exhibit A**.

3. On October 3, 2017, Debtors executed a Deed of Trust (the "Deed of Trust") granting Mortgage Electronic Registration Systems, Inc., as nominee for the Original Creditor, a security interest in real property located at 21515 82nd Avenue Court East, Spanaway, WA 98387 (the "Property"). The Deed of Trust was recorded on October 3, 2017, in Pierce County, WA. A copy of the Deed of Trust is attached as **Exhibit B**.

Objection to Confirmation – 1

Nikole Montufar
Weinstein & Riley, P.S.
2001 Western Avenue, Suite 400
Seattle, WA 98121
Phone: (206) 269 3490

4. The Deed of Trust was later assigned to the Creditor. *See* **Exhibit C**.

5. Creditor intends to file a secured proof of claim with respect to the Property, before the deadline for filing claims. The pre-petition arrears are approximately $2,823.98 and the total amount of the claim is approximately $381,507.00. These amounts will be corrected and finalized under the secured proof of claim.

6. On August 23, 2019, Debtors filed the Chapter 13 Plan (the "Plan"). *See* Docket No. 2. The Plan proposes make ongoing monthly payments in the amount of $2,800.00 directly to the Creditor. *Id*. The Plan does not provide for the curing of the pre-petition arrears. *Id.*

7. Creditor objects to confirmation of the Plan on the grounds that it does not provide for repayment of pre-petition arrears to cure the default on Creditor's secured claim pursuant to 11 USC §1322(b)(5) of the United States Bankruptcy Code. The Plan should be amended to provide repayment of the pre-petition arrears upon filing of the secured proof of claim.

**WHEREFORE**, Planet Home Lending, LLC respectfully requests that this Honorable Court deny confirmation of the Debtors' Chapter 13 Plan and for such other relief as the Court may deem just and proper.

Dated: October 8, 2019

                                            Respectfully Submitted,

                                            WEINSTEIN & RILEY, P.S.

                                            By:*/s/ _ Nikole Montufar _____*
                                            Nikole Montufar (Bar No. 55028)
                                            WEINSTEIN & RILEY, P.S.
                                            2001 Western Avenue, Suite 400
                                            Seattle, WA 98121

Objection to Confirmation – 2

Phone: (206) 438-1029  
Fax: (206) 269-3493  
Email: NikoleM@w-legal.com  
Attorneys for Planet Home Lending, LLC

Nikole Montufar  
Weinstein & Riley, P.S.  
2001 Western Avenue, Suite 400  
Seattle, WA 98121  
Phone: (206) 269 3490

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Objection to Confirmation of Debtors' Chapter 13 Plan was served on the following parties by electronic service via the Court's ECF filing system or by first-class mail on October 8, 2019:

<u>Trustee via E-Filing</u>
Michael G. Malaier
ecfcomputer@chapter13tacoma.org

<u>Debtors' Counsel via E-Filing</u>
Ellen Ann Brown
stopdebt@gmail.com

<u>U.S. Trustee via E-Filing</u>
United States Trustee
USTPRegion18.SE.ECF@usdoj.gov

<u>Debtors via First-Class Mail</u>
Orland Wayne Hardie, III and Stacy Leigh Helmer-Hardie
21515 82nd Ave Ct E
Spanaway, WA 98387

/s/ Maggie Koo _____
Maggie Koo
Legal Assistant to Nikole Montufar,
Attorney for Planet Home Lending, LLC
WEINSTEIN & RILEY, P.S.
2001 Western Ave., Suite 400
Seattle, WA 98121

Objection to Confirmation – 4